IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Company,<br><br>                    Plaintiff,<br><br>        vs.<br><br>WILLIAM H. CLARKE, an individual,<br><br>                    Defendant. | CV 22–84–M–DLC<br><br><br>ORDER |

Before the Court is the Parties' Stipulation for Dismissal with Prejudice.

(Doc. 17.)  The parties have stipulated to dismiss the above-captioned matter with

prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

with each party to bear its own costs and fees, because the parties have dismissed

the underlying lawsuit.  (*Id.*)

Accordingly, IT IS ORDERED that the above-captioned case is

DISMISSED WITH PREJUDICE.

DATED this 20th day of September, 2022.

Dana L. Christensen, District Judge
United States District Court

1